```
            IN THE UNITED STATES DISTRICT COURT

           FOR THE EASTERN DISTRICT OF TEXAS

                    TEXARKANA DIVISION

LEE MILLER                      §

VS.                             §   CIVIL ACTION NO. 5:09cv129

DIRECTOR, TDCJ-CID              §
```

MEMORANDUM OPINION REGARDING VENUE

Petitioner Lee Miller, an inmate confined in the Telford Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus.

Discussion

In 1996, petitioner was convicted of murder in the 179th District Court of Harris County, Texas. He was sentenced to life imprisonment.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring a petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that a district court in the exercise of its discretion

may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Harris County, Texas. Pursuant to 28 U.S.C. § 124, Harris County is in the Houston Division of the United States District Court for the Southern District of Texas. As all records and witnesses involving this action may be located in the Southern District, the transfer of this action to such district would further justice.

Accordingly, this case should be transferred to the Houston Division of the United States District Court for the Southern District of Texas. A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this <u>  25  </u> day of <u>     September     </u>, 2009.

<u>              *[signature]*              </u>
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE